IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01272-REB-BNB

PAMELA BOYER, personal representative of the Estate of Michael Boyer, deceased,

Plaintiff,

v.

U.S. FOODSERVICE, INC.,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Amend Scheduling Order** (the "Motion"), filed October 5, 2005. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated November 7, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge