IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01272-REB-BNB

PAMELA BOYER, personal representative of the Estate of Michael Boyer, deceased,

Plaintiff,

v.

U.S. FOODSERVICE, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Defendant U.S. Foodservice, Inc.'s Motion to Vacate Settlement Conference and for a Status Conference on Pending Motions or, in the Alternative, Motion to Permit Representative to Participate in Settlement Conference by Telephone** (the "Motion"), filed on February 10, 2006.

  IT IS ORDERED that the Motion is GRANTED.  The Settlement Conference set for **February 21, 2006, at 10:00 a.m.** is changed to a Status Conference.

DATED:  February 13, 2006