IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01272-REB-BNB

PAMELA BOYER, personal representative of the Estate of Michael Boyer, deceased,

Plaintiff,

v.

U.S. FOODSERVICE, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)   **Plaintiff's Motion to Amend Scheduling Order and Motion for Leave to Amend Verified Complaint and Jury Demand** [Doc. # 30, filed 1/31/06] (the "Motion to Amend"); and

(2)   **Defendant U.S. Foodservice, Inc.'s Motion for Extension of Time to File Dispositive Motions** [Doc. # 36, filed 2/10/06] (the "Motion re Schedule").

I held a hearing on these motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept as filed the Verified Amended Complaint Jury Demand [Doc. # 32, submitted 1/31/06]. The defendant shall respond to the amended complaint within 10 days.

IT IS FURTHER ORDERED that the Motion re Schedule is GRANTED. The parties shall confer and submit a revised proposed schedule on or before **February 28, 2006**.

IT IS FURTHER ORDERED that **Defendant U.S. Foodservice's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** [Doc. # 11, filed 9/30/05] is DENIED as withdrawn.  The plaintiff agrees that the state law claims asserted in its original complaint are *dismissed with prejudice*.

IT IS FURTHER ORDERED that the defendant shall respond to the **Plaintiff's Motion to Compel Production** [Doc. # 43, filed 2/16/06] (the "Motion to Compel") on or before **February 28, 2006**.  A hearing on the Motion to Compel is set for **March 8, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated February 21, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge