IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01272-REB-BNB

PAMELA BOYER, personal representative of the Estate of Michael Boyer, deceased,

Plaintiff,

v.

U.S. FOODSERVICE, INC., a corporation, and
U.S. FOODSERVICE, INC., an employee welfare benefit plan,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Plaintiff's Motion to Compel Production** [Doc. # 43, filed 2/16/06] (the

"Motion to Compel"); and

(2)     **Joint Status Report on Order to Amend Scheduling Order** [Doc. # 49, filed

2/28/06].

I held a hearing on these matters this morning and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED.  The defendants shall

produce the document referred to in Ms. Deener's deposition, redacted to exclude Social Security

numbers only.  The document shall be produced on or before **March15, 2006**.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

**Discovery Cut-Off:** June 30, 2006

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:** July 31, 2006

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 21, 2006**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 26, 2006**

**Settlement Conference:** A settlement conference is set for **June 27, 2006, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel only. If an insurance company is involved, an adjustor with authority to enter into a settlement must also be present.)

Each party shall submit a confidential settlement statement to my chambers on or before **June 20, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential elements of a settlement.

**Final Pretrial Conference:** The final pretrial conference set for April 10, 2006, at 9:00 a.m., is VACATED and RESET to **September 22, 2006, at 9:00 a.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **September 15, 2006**.

Dated March 8, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge