IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01272-REB-BNB

PAMELA BOYER, personal representative of the Estate of Michael Boyer, deceased,

Plaintiff,

v.

U.S. FOODSERVICE, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant U.S. Foodservice, Inc.'s Motion to Vacate Settlement Conference Set for June 27, 2006** [docket no. 60, filed June 19, 2006] (the "Motion").

IT IS ORDERED that the Motion is DENIED and the Settlement Conference will go forward as previously set for **June 27, 2006, at 10:00 a.m.**

DATED: June 21, 2006