**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01272-REB-BNB

PAMELA BOYER, Personal Representative of the Estate of Michael Boyer, Deceased

    Plaintiff,

v.

U.S. FOODSERVICE, INC., a corporation, and
U.S. FOODSERVICE, INC., an employee benefit welfare plan,

    Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Motion To Dismiss With Prejudice** [#76], filed October 18, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss With Prejudice** [#76], filed October 18, 2006, is **GRANTED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for February 9, 2007, is **VACATED**;

4.  That the jury trial set to commence February 26, 2007, is **VACATED**; and

5.  That any pending motions are **DENIED** as moot.

Dated October 19, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**